**DALE A. BLICKENSTAFF - #40681**
Attorney At Law
7081 N. Marks Avenue, # 104
Fresno, California 93711
(559) 389-0239 Telephone
(559) 436-0207 Facsimile
Email: dabnabit74@gmail.com

Attorney for Defendant,
MARISOL RODRIGUEZ

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**MARISOL RODRIGUEZ,**<br><br>Defendant | Case No.: 1:12-CR-00310-DAD-BAM (05)<br><br>**STIPULATION AND ORDER MODIFYING CONDITIONS OF RELEASE** |

**FACTS**

Defendant, MARISOL RODRIGUEZ, has been supervised by Pretrial Services since September 27, 2012. She has demonstrated stability in her employment and as mother to her four children. She has complied with all terms and conditions of her release and has presented no risk issues.

Pretrial Services recommends that its supervision be terminated, but that certain conditions of her release remain in place.

///

///

///

Therefore, it is hereby stipulated that supervision by Pretrial Services be terminated, but that the following Conditions of Release remain in place as previously ordered:

(1) The defendant shall not violate any federal, state or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. §14135a,

(3) The defendant must immediately advice the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(4) The defendant must appear in court as required and must surrender to serve any sentence imposed.

(5) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

. . .

In addition the Defendant shall:

(8) The defendant shall:

> (j) executed a bond or an agreement to forfeit upon failing to abide by any of the conditions of release, the following sum of money or designated property: $1,500 cash bond.
>
> (n) surrender any passport to the Clerk, United States District Court. (DEA is in possession of the defendant's passport.)
>
> (o) obtain no passport during the pendency of this case.

Dated: February 10, 2016

By   /S/ Laurel Montoya
LAUREL MONTOYA, Attorney for
UNITED STATES OF AMERICA

Dated: February 10, 2016

By   /S/  Dale A. Blickenstaff
DALE A BLICKENSTAFF, Attorney for
Defendant, MARISOL RODRIGUEZ

ORDER

IT IS SO ORDERED.

Dated:  **February 10, 2016**                              /s/ Barbara A. McAuliffe
                                                           UNITED STATES MAGISTRATE JUDGE