1  PHILLIP A. TALBERT
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-00310-DAD |
| Plaintiff, | MOTION TO DISMISS INDICTMENT [FED. R. CRIM. PROC. 48(a)] |
| v. | |
| MARISOL RODRIGUEZ, | |
| Defendant. | |

Comes now the United States, by and through its attorneys of record, PHILLIP A. TALBERT, United States Attorney, and LAUREL J. MONTOYA, Assistant U.S. Attorney, and request leave of the Court to dismiss the Indictment in this case as to the above-named defendant in the interest of justice. This request is made because the defendant has complied with the terms of her release under the deferred prosecution agreement.

The government further requests that the review hearing set for October 2, 2017 be taken off calendar.

Dated: September 28, 2017                    PHILLIP A. TALBERT
                                             United States Attorney


                                             By: /s/ LAUREL J. MONTOYA
                                                 LAUREL J. MONTOYA
                                                 Assistant United States Attorney

///

///

1

# ORDER

IT IS SO ORDERED that the Indictment be dismissed as to defendant MARISOL RODRIGUEZ, and that the review hearing be taken off calendar.

IT IS SO ORDERED.

Dated: **September 28, 2017**

_____
UNITED STATES DISTRICT JUDGE