**DALE A. BLICKENSTAFF - #40681**
Attorney At Law
7081 N. Marks Avenue, # 104
Fresno, California 93711
(559) 389-0239 Telephone
(559) 436-0207 Facsimile
Email: dabnabit74@gmail.com

Attorney for Defendant,
MARISOL RODRIGUEZ



# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:12-CR-00310 DAD/BAM (005) |
| Plaintiff, | REQUEST TO RETURN CASH BOND AND PASSPORT AND ~~PROPOSED~~ ORDER |
| vs. | |
| MARISOL RODRIGUEZ, | |
| Defendant. | |

Defendant, Marisol Rodriguez, by and through her attorney, Dale A. Blickenstaff, requests the court to order the cash bond posted to secure the release of the Defendant refunded to Maricela Ceja and to order the return of Defendant's passport taken as collateral in the above entitled matter.

Defendant was charged by Indictment along with nine others with conspiracy to manufacture and possess with intent to distribute marijuana.

On September 27, 2012, Defendant was release on her personal recognizance with various conditions ordered; two of those conditions were to post a cash bond in the amount of $1,500 and to surrender her passport.

Also on September 27, 2012, Defendant's friend, Maricela Ceja, posted cash bond in the

amount of $1,500 to the U.S. Court's Office receipt number CAE100020175 (Doc. 30); on the same date Defendant turned in her passport (Doc. 62).

On or about September of 2016, in settlement of her charges, the Defendant was placed on a twelve-month period of deferred prosecution with supervision provided by the U.S. Pretrial Services Agency.

After successfully completing deferred prosecution, the Indictment as to the Defendant was dismissed on September 28, 2017 (Doc. 288).

Dated: November 28, 2017

By          /s/ Dale A. Blickenstaff
DALE A BLICKENSTAFF, Attorney for
Defendant, MARISOL RODRIGUEZ

## ORDER

IT IS ORDERED that the cash bond $1,500.00 (Doc. 30 receipt #CAE100020175) heretofore posted by Maricela Ceja be refunded to her and that Defendant's Marisol Rodriguez passport (Doc. 62) be returned to her. *The government has not raised any objection*

Dated: 11/28/17

_____
BARBARA A. McAULIFFE
U.S. MAGISTRATE JUDGE